This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CRUZ AGUILAR a/k/a JOSE D. AGUILAR, and GEORGETTE B. AGUILAR, Husband and Wife, by ROSE HAYES-AGUILAR, Next Friend,**

     PlaintiffsAppellees,

**v.**                                                                                 **NO. 30,167**

**ADELINA PIÑA, a/k/a ADELINE AGUILAR, a/k/a ADELINE MAES,**

     Defendant-Appellant,

and

**DANIEL AGUILAR and MARTIN AGUILAR,**

     Defendants.

**APPEAL FROM THE DISTRICT COURT OF RIO ARRIBA COUNTY**
**Sheri A. Raphaelson, District Judge**

Morales Law Office
Lidia G. Morales
Santa Fe, NM

for Appellees

Joshua R. Simms, P.C.

Joshua R. Simms
Albuquerque, NM

for Appellant Adelina Piña

Daniel Aguilar
Los Ojos, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**FRY, Chief Judge.**

Summary dismissal was proposed for the reasons stated in the calendar notice. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired. **DISMISSED.**

**IT IS SO ORDERED.**

_____

**CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

2

**LINDA M. VANZI, Judge**